FILED
CLERK, U.S. DISTRICT COURT
06/29/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>LEROY LOUIS, JR.,<br>　aka "Messiah Haffay Hogan,"<br><br>　　　　Defendant. | ED CR No. 5:22-cr-00157-MWF<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 922(g)(1), (9): Prohibited Person in Possession of Ammunition; 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. §§ 922(g)(1), (9)]

On or about December 9, 2019, in Riverside County, within the Central District of California, defendant LEROY LOUIS, JR., also known as "Messiah Haffay Hogan," knowingly possessed the following ammunition, in and affecting interstate and foreign commerce:

　　1.　Ten rounds of Second Amendment 9mm caliber ammunition loaded within a Polymer 80, 9mm caliber semi-automatic handgun, bearing no legitimate serial number (commonly referred to as a "ghost gun");

　　2.　Fifteen rounds of Second Amendment 9mm ammunition; and

3.   Twenty-five rounds of Federal 9mm ammunition.

Defendant LOUIS possessed such ammunition knowing that he had previously been convicted of a felony crime, punishable by a term of imprisonment exceeding one year, namely, First Degree Burglary, in violation of California Penal Code Section 459, in the Superior Court of the State of California, County of San Bernardino, case number FSB1001358, on or about June 5, 2012.

Furthermore, defendant LOUIS possessed such ammunition knowing that he had previously been convicted of a misdemeanor crime of domestic violence, namely, Battery Committed Against a Person with Whom You Have an Intimate Relationship, in violation of California Penal Code Section 243(e), in the Superior Court of the State of California, County of Riverside, case number RIM504394, on or about December 18, 2008.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

    (a) All right, title, and interest in any ammunition involved in or used in such offense, including but not limited to the following:

        1. Ten rounds of Second Amendment 9mm caliber ammunition loaded within a Polymer 80, 9mm caliber semi-automatic handgun, bearing no legitimate serial number (commonly referred to as a "ghost gun")

        2. Fifteen rounds of Second Amendment 9mm caliber ammunition; and

        3. Twenty-five rounds of Federal 9mm ammunition.

    (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property

3

described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
_____
Foreperson

TRACY L. WILKISON
United States Attorney

[signature]

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office

ELI A. ALCARAZ
PETER DAHLQUIST
Assistant United States Attorneys
Riverside Branch Office

4